IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Case No. 5:21-cv-361-BO

| | |
|---|---|
| **DISABILITY RIGHTS NORTH CAROLINA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)<br>) |
| **NORTH CAROLINA STATE BOARD OF ELECTIONS,** *et al.*, | )<br>)<br>) |
| **Defendants.** | ) |

JOINT MOTION TO EXPEDITE CONSIDERATION OF MOTION TO DISMISS AND MODIFY THE DISCOVERY PLAN

Plaintiff and Defendants, by and through counsel and pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and L.R. 6.1, jointly move the Court to expedite consideration of Defendants' Motion to Dismiss and to modify the Discovery Plan. In support hereof, the Parties show the following:

1. Plaintiff filed this action on September 9, 2021 alleging that provisions of North Carolina law violate Section 208 of the Voting Rights Act by limiting the assistance available to voters with disabilities to obtain an absentee ballot, and by prohibiting voters with disabilities who live in facilities from relying on any person associated with the facility for assistance voting absentee. (ECF No. 1.)

2. Defendants filed a Motion to Dismiss on November 1, 2021. (ECF Nos. 17 & 18.)

3. The Court issued its Scheduling Order on December 13, 2021, (ECF No. 23), which adopted the Parties' Proposed Discovery Plan, (ECF No. 22).

4. Discovery commenced on January 15, 2022 and the Parties' deadline to hold mediation pursuant to the Discovery Plan is May 16, 2022. (ECF No. 23.)

5. A ruling on the Motion to Dismiss has not yet been reached.

1

6. The Parties respectfully submit to the Court that mediation would be most productive if it occurred after a decision on the Motion to Dismiss due to the nature of the case, and respectfully request that the Parties' deadline to hold mediation be stayed pending a decision.

7. The Parties anticipate filing dispositive motions in this case, which are currently due on July 1, 2022. (ECF No. 23.)

8. The Parties respectfully submit that a ruling on the Motion to Dismiss before June 1, 2022 would facilitate the Parties' ability to complete discovery, conduct mediation, and file dispositive motions on or near the July 1, 2022 deadline, especially in the event that Defendants' Motion is denied and Defendants must prepare an Answer in advance of the Parties' dispositive motions, or Defendants' Motion is granted in part limiting the issues to be addressed in dispositive motions.

9. Plaintiff desire to resolve this case in time for the 2022 statewide election on November 8, 2022 and intends to file dispositive motions at the earliest possible opportunity to avoid the need for Plaintiff to seek preliminary relief in time for the statewide election. Such a motion for preliminary relief would be virtually identical to the relief that will be sought in Plaintiff's Motion for Summary Judgment and would create an inefficient use of judicial resources. Defendants desire to avoid preliminary relief and do not oppose expediting proceedings so as to resolve this matter efficiently prior to the start of absentee voting on September 8, 2022.

**WHEREFORE**, the Parties respectfully move the Court to:

1. Expedite consideration of Defendants' Motion to Dismiss; and

2. Stay the deadline for the parties to hold mediation until 30 days after the Court's ruling on the Motion to Dismiss.

2

Case 5:21-cv-00361-BO    Document 27    Filed 04/26/22    Page 2 of 3

Dated: April 26, 2022

/s/ Lisa Grafstein
Lisa Grafstein
lisa.grafstein@disabilityrightsnc.org
N.C. State Bar No. 22076
/s/ Holly Stiles
Holly Stiles
holly.stiles@disabilityrightsnc.org
N.C. State Bar No. 38930
DISABILITY RIGHTS NC
3724 National Drive, Suite 100
Raleigh, NC  27612
Phone: (919) 856-2195
Fax: (919) 856-2244

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Terence Steed
Assistant Attorney General
E-mail: tsteed@ncdoj.gov
State Bar No.: 52809
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Fax: (919) 716-6763

ATTORNEY FOR DEFENDANTS

3