IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Case No. 5:21-cv-361-BO

| | |
|---|---|
| DISABILITY RIGHTS NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  JOINT MOTION<br>)  TO MODIFY THE DISCOVERY PLAN |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

This matter came before the Undersigned on the Parties Joint Motion to Modify the Discovery Plan. For good cause shown, the Parties' Motion is granted. The Parties shall have up to 30 days following a ruling on the Motion to Dismiss to hold mediation.

This 28 day of April, 2022.

_Terrence Boyle_
TERRENCE W. BOYLE
U.S. DISTRICT COURT JUDGE