IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:21-cv-361-BO

| | |
|---|---|
| DISABILITY RIGHTS NORTH CAROLINA, | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, KAREN BRINSON BELL, in her official capacity as Executive Director of the NCSBOE, DAMON CIRCOSTA, in his official capacity as Chair of the NCSBOE, STELLA ANDERSON, in her official capacity as Secretary of the NCSBOE, JEFF CARMON III, in his official capacity as Member of the NCSBOE, STACY EGGERS IV, in his official capacity as Member of the NCSBOE, and TOMMY TUCKER, in his official capacity as Member of the NCSBOE, | ) **NOTICE OF SETTLEMENT** |
| Defendants. | ) |

NOW COME THE PARTIES, by and through their respective undersigned counsel, and file this Notice of Settlement of Plaintiff's demand for attorneys' fees and costs in the above-captioned action.

1. The Plaintiff's deadline to file their Motion for attorneys' fees and costs in the above-captioned action is December 17, 2022.

2. The Parties have entered into a written settlement agreement in lieu of filing a motion for attorneys' fees and costs, and which fully and finally resolves Plaintiff's demand for attorneys' fees and costs.

3. The Parties are not aware of any further issues or motions before the Court.

1

Respectfully submitted this 4th day of November, 2022.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/ Lisa Grafstein<br>Lisa Grafstein<br>lisa.grafstein@disabilityrightsnc.org<br>N.C. State Bar No. 22076<br>Holly Stiles<br>holly.stiles@disabilityrightsnc.org<br>N.C. State Bar No. 38930<br>DISABILITY RIGHTS NC<br>3724 National Drive, Suite 100<br>Raleigh, NC 27612<br>Phone: (919) 856-2195<br>Fax:    (919) 856-2244 | JOSHUA H. STEIN<br>Attorney General<br>/s/ Terence Steed<br>Terence Steed<br>N.C. State Bar No. 52809<br>Special Deputy Attorney General<br>N.C. Dept. of Justice<br>Post Office Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6567<br>Facsimile: (919) 716-6763<br>Email: tsteed@ncdoj.gov |